# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH KELLY, | C.A. NO.: 1:18-cv-01548-RGA-SRF |
| Plaintiff | |
| v. | |
| THE HOME DEPOT and HOME DEPOT U.S.A. and THE HOME DEPOT, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL AS TO DEFENDANTS
## THE HOME DEPOT AND THE HOME DEPOT, INC., SOLELY

**AND NOW**, comes the parties above-named who do stipulate and agree to the dismissal, without prejudice, as to designated Defendants The Home Depot and The Home Depot, Inc., solely.

Plaintiff's claims as to Home Depot U.S.A., Inc. are continuing, and are unaffected by this filing. The new caption shall be as follows:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH KELLY, | C.A. NO.: 1:18-cv-01548-RGA-SRF |
| Plaintiff | |
| v. | |
| HOME DEPOT U.S.A., INC. | |
| Defendant. | |

| | |
|---|---|
| **SACCHETTA & BALDINO** | **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP** |
| BY: */s/ Tyler Sacchetta* | BY: */s/ Stephen F. Dryden* |
| Tyler Sacchetta, ID #6514 | Stephen F. Dryden, Esquire, ID #2157 |
| 1201 North Orange Street, Suite 7543 | 92 Reads Way, Suite 104 |
| Wilmington, DE 19801-1186 | New Castle, DE 19720 |
| (302) 884-6715 | (302) 221-3290 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED this ___6___ day of ___June___, 2019.

_____